AO (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

SG    AUG 02 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States of America
v.

**CHARLES TAESUNG PAK**

*Defendant*

Case No. **CR16-80 RSM**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay **CHARLES TAESUNG PAK**, who is accused of an offense or violation based on the following document filed with the court:

**X Indictment**   _ Superseding Indictment   _ Information   _ Superseding Information   _ Complaint
_ Probation Violation Petition   _ Supervised Release Violation Petition   _ Violation Notice   _ Order of Court

This offense is briefly described as follows:

**Count 1:**   **Conspiracy to Distribute Cocaine & Heroin**
              21:846

March 23, 2016

Seattle, WA

_____
*Issuing officer's signature*

*James Kelly, Deputy Clerk*
*Printed name and title*

### Return

This warrant was received on *(date)* __3/23/16__ ; and the person was arrested on *(date)* __8/1/19__ at *(city and state)* __Blaine, WA__ .

Date: __8/1/19__

_____
*Arresting officer's signature*
DUSM Kevin Goier
*Printed name and title*