The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES TAESUNG PAK,<br><br>Defendant. | No. CR16-80 RSM<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS FRUITS OF WARRANTLESS SEIZURE** |

THE COURT, having received and reviewed the unopposed Motion for Extension of Time to Respond to Defendant's Motion to Suppress Fruits of Warrantless Seizure, and based on all the records and files in this matter, and good cause appearing,

/ / /

/ / /

*United States v. Pak* / CR16-80 RSM
Order Extending Time - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Defendant's Motion to Suppress Fruits of Warrantless Seizure is GRANTED. The Government's response to the Defendant's Motion is due October 24, 2019.

The Court further orders that Defendant's Motion to Suppress (Dkt #52) shall be re-noted to November 1, 2019.

DATED this 15th day of October, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Erin H. Becker
ERIN H. BECKER
Assistant United States Attorney

*United States v. Pak* / CR16-80 RSM
Order Extending Time - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970