UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>CHARLES TAESUNG PAK,<br><br>Defendant. | No. CR16-080 RSM<br><br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States' Response in Opposition to Defendant's Motion to Suppress Evidence may exceed 12 pages, but be no more than 18 pages (excluding attachments or exhibits).

DATED this 4th day of November, 2019.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE