The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-080 RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| CHARLES TAESUNG PAK, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibits,

It is hereby ORDERED that the Exhibits, shall remain sealed.

DATED this 4th day of November, 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

United States' Order to Seal - 1
*United States v. Charles Taesung Pak,* CR16-080

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970